# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00018-CV

**Crosswater Yacht Club, L.P.; Crosswater Yacht Club Management, L.L.C.; Crosswater Corporation; Harbor Ventures, Inc.; Rand Forest and Richard Kemp, Appellants**

**v.**

**Charles H. West and Rhonda West, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT NO. D-1-GN-07-004294, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Crosswater Yacht Club, L.P., Crosswater Yacht Club Management, L.L.C., Crosswater Corporation, Harbor Ventures, Inc., Rand Forest, and Richard Kemp have filed a motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on Appellants' Motion

Filed: October 14, 2008